**WO**                                                                                      MDR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yahya Abdul Lateef, | No. CV 06-1835-PHX-SMM (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Inmate Legal Services, et al., | |
| Defendants. | |

Plaintiff Yahya Abdul Lateef, confined in the Maricopa County Fourth Avenue Jail, has filed a *pro se* Request for Injunctive Order. He has not filed a Complaint and has not paid the $350.00 civil action filing fee or filed an Application to Proceed *In Forma Pauperis*. The Court will deny the request for injunctive relief without prejudice.

Before seeking injunctive relief, Plaintiff must first have a Complaint before the Court. See Stewart v. United States Immigration & Naturalization Serv., 762 F.2d 193, 198 (2d Cir. 1985) ("Only after an action has been commenced can preliminary injunctive relief be obtained."); see also Devose v. Herrington, 42 F.3d 470, 471 (8th Cir. 1994) (*per curiam*) (a party seeking injunctive relief must establish a relationship between the claimed injury and the conduct asserted in the complaint). He does not.

Motions for injunctive relief are not independent actions but, rather, a means to seek extraordinary relief in an ongoing action that has been initiated by filing a complaint or other proper petition that alleges jurisdictional facts. Indeed, Rule 65 of the Federal Rules of Civil

1   Procedure, which provides for the granting of preliminary injunctions and temporary

2   restraining orders, "was designed solely as a procedural tool to expedite the action and

3   accommodate the court and litigants" and "does not confer either subject matter or personal

4   jurisdiction on the court." <u>Citizens Concerned for the Separation of Church and State v. City

5   and County of Denver</u>, 628 F.2d 1289, 1299 (10th Cir. 1980).

6     In addition, for Plaintiff to obtain injunctive relief without first giving notice to the

7   adverse party, he must show by specific facts that he is in danger of immediate and

8   irreparable harm. Fed. R. Civ. P. 65(b). The Court also cannot grant relief unless Plaintiff

9   certifies in writing the efforts, if any, which have been made to give notice and the reasons

10  that notice should not be required. <u>Id.</u>   None of these requirements has been satisfied.

11    Accordingly, the Court will deny the motion without prejudice. Plaintiff may renew

12  the motion if he files a Complaint in a new case and either pays the filing fee or files an

13  Application to Proceed *In Forma Pauperis*.

14    **IT IS ORDERED THAT** Plaintiff's Request for Injunctive Order (Doc. #1) is **denied**

15  and the Clerk of Court **shall close** this file.

16    DATED this 27th day of September, 2006.

17

18

19

20            Stephen M. McNamee
          United States District Judge

21

22

23

24

25

26

27

28

- 2 -